UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EURO WALL SYSTEMS, LLC,

      Plaintiff,

v.                                            Case No: 2:14-cv-552-FtM-38CM

REFLECTION WINDOW COMPANY,
LLC,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. On September 24, 2014, the Court ordered Defendant Reflection Window Company, LLC to show cause no later than October 1, 2014, as to why this case should not be remanded for failure to establish subject matter jurisdiction based on the presence of diversity jurisdiction at the time of removal. (Doc. #6). The Court warned that failure to comply with the Court's order would result in this matter being remanded to state court without further notice. Defendant Reflection Window Company, LLC has not complied with the Court's order. The Court finds subject matter jurisdiction has not been established in this case. Thus, this matter will be remanded to the Twentieth Judicial Circuit in and for Charlotte County, Florida.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

1. This matter is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

2. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

3. The Clerk is directed to **CLOSE** this case and terminate any and all scheduling deadlines and other pending motions as moot.

4. The Clerk is directed to mail a copy of this Order to counsel for Plaintiff Euro Wall Systems, LLC.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record